# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

United States Securities and Exchange Commission

                      Plaintiff,

v.                                 Case No.: 1:06−cv−04859

                                          Honorable Robert W. Gettleman

AA Capital Partners Inc, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 9, 2013:

    MINUTE entry before Honorable Robert W. Gettleman: Status hearing held on 4/9/2013. Status hearing set for 5/16/2013 at 9:00 a.m. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.