# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

AA CAPITAL PARTNERS, INC., and
JOHN A. ORECCHIO,

Defendants.

Case No. 06-cv-4859

## PLAINTIFF'S MOTION FOR ENTRY OF
## FINAL JUDGEMENT AGAINST DEFENDANT JOHN ORECCHIO

By agreement of the parties, and pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, Plaintiff, the United States Securities and Exchange Commission ("the SEC"), respectfully requests that this Court enter a final judgment against Defendant John A. Orecchio, consisting of a permanent injunction, in the form attached hereto as Exhibit 1. The SEC also requests leave to voluntarily dismiss its claims against Defendant AA Capital Partners, Inc.

1. The SEC filed this case on September 8, 2006, alleging that Defendant AA Capital Partners, Inc. ("AA Capital"), and its President, Defendant John A. Orecchio, defrauded AA Capital's union pension fund clients by misappropriating at least $10.7 million dollars from investor trust accounts in order to pay personal and business expenses, and also that AA Capital failing to make and keep required books and records. (*See* Docket No. 1 at ¶¶ 1-2, 15-27)

2. On September 13, 2006 this Court granted an agreed motion to appoint a Receiver for AA Capital. (Docket Nos. 6 – 8) Among other things, the Receiver obtained a forensic accounting; located and recovered assets purchased with investor money; unwound a risky

investment in the Xience sports beverage company and made claims on behalf of AA Capital's advisory clients under a fidelity bond and various insurance policies. The Receiver also filed a lawsuit against Orecchio and obtained a consent judgment in the amount of more than $50 million.

3. On February 17, 2010, Orecchio entered a guilty plea to violations of federal law (wire fraud and theft of funds from an employee benefit plan) in a parallel criminal case. *See United States v. John Orecchio*, Case No. 09 CR 622 in the Northern District of Illinois. Pursuant to that plea agreement, Orecchio was ordered to make restitution to AA Capital's pension fund clients in the amount of $26,500,000, and received a prison sentence which he is serving at the Metropolitan Detention Center in Brooklyn, New York, with an anticipated release date of 30, 2018.

4. On October 31, 2015 the SEC filed a motion advising this Court that the SEC had reached a proposed settlement agreement with Mr. Orecchio, which potentially could resolve this entire case, and which would allow the entry of an order in a separate administrative proceeding barring Mr. Orecchio from any future participation in the securities industry. (*See* Docket No. 793 at ¶¶ 14-15) However, that settlement proposal needed to be reviewed and approved by the SEC's various offices, Divisions and ultimately its Commissioners. (*Id.* at ¶ 17)

5. The SEC's Commissioners have reviewed and approved the proposed settlement, and counsel for the SEC has been authorized to submit the parties' proposed consent judgment against Orecchio to this Court for approval.

6. As described in the SEC's previous filing, Orecchio has admitted to the same conduct described in his criminal plea and agreed to the entry of a final judgment in this case

imposing a permanent injunction against him.  (*See* Ex. 2, Consent of Defendant John A. Orecchio)

7.  Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the SEC also seeks leave of Court to dismiss its claims against Defendant AA Capital Partners, Inc., which is no longer doing business or registered as an investment advisor, and has been dissolved under Delaware law.

8.  The entry of a Final Judgment imposing permanent injunctive relief against John Orecchio, and the entry of a separate order granting the SEC leave to voluntarily dismiss its claims against Defendant AA Capital Partners, Inc., will bring this case to a conclusion.

Wherefore, for all of the foregoing reasons, Plaintiff United States Securities and Exchange Commission respectfully requests that this Court enter Final Judgment against Defendant John A. Orecchio, in the form provided herewith as Exhibit 1, and also enter an order granting Plaintiff leave to voluntarily dismiss its claims against Defendant AA Capital Partners, Inc.

Dated:  February 20, 2015.  Respectfully submitted,

By:*/s/Robert M. Moye*
Robert M. Moye (MoyeR@sec.gov)
Securities and Exchange Commission
175 W. Jackson Boulevard, Suite 900
Chicago, Illinois 60604-2615
(312) 353-7390
(312) 353-7398 (fax)

*Attorney for the Plaintiff, United States Securities and Exchange Commission*

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 20, 2015, a copy to the foregoing motion was served on all counsel of record by means of the Court's ECF system, and on:

John A. Orecchio (Register Number: 4104-424)
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
80 29th Street
Brooklyn, New York 11232

*By U.S. Mail*

William P. Ziegemueller, Esq. (bziegel@SDRlegal.com)
Stettler, Duffy & Rotert, Ltd.
10 S. LaSalle Street
Suite 2800
Chicago, IL 60603

*By email delivery*

                                                     ***/s/Robert M. Moye***
                                                     Counsel for the SEC